IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

SCOT ALAN PERKET,

    Plaintiff,

v.

MAYO HEALTH CARE, ST. FRANCIS
HOSPITAL and ALMA, BUFFALO
COUNTY COURT,

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 16-cv-396-wmc

This action came before the court for consideration with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case for lack of subject matter jurisdiction.

_/s/_____
Peter Oppeneer, Clerk of Court

_8/21/2017_____
Date